IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

Vs.     CASE NO. 4:05cr000242 JMM
    CASE NO. 4:06cr00054 JMM

TIMOTHY DEWAYNE HIBBLER     DEFENDANT

## ORDER

On June 28, 2006, this court granted Defendant's motion to consolidate case 4:05cr00242 JMM and 4:06cr00054 SWW. Judge Susan Webber Wright entered an order in her case which transferred the case to the undersigned.

This Order is to clarify the purpose of consolidation. Pursuant to Rule 13 of the Federal Rules of Criminal Procedure, Joint Trial for Separate Cases, *'The court may order that separate cases be tried together as though brought in a single indictment or information if all offenses and all defendants could have been joined in a single indictment or information.'*

The cases are consolidated for trial purposes only. Counsel are directed to continue to file pleadings in the individual cases.

IT IS SO ORDERED THIS 30th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE